UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S OFFICE, SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, MARJORIE DURENBERGER, MARCI MINTER, LORI GREGERSEN, WILLARD BAYLES, ROBERT BELL, KAY MAULSBY, DONALD HENRIKSON, AND DOES 1 through 50,<br><br>  Defendants. | Case No.: 2:22-00350-KJM-DB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS AND MOTION TO STRIKE; ORDER**<br><br>Action Filed: February 22, 2022<br>Trial Date:   To be determined |

Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S OFFICE, SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, MARJORIE DURENBERGER, MARCI MINTER, LORI GREGERSEN, WILLARD BAYLES, ROBERT BELL, KAY MAULSBY and DONALD HENRIKSON hereby stipulate and agree that Plaintiff JEREMY PHILLIP PUCKETT may have an extension until July 22, 2022 to file his oppositions to Defendants' Motions to Dismiss (Dkt. Nos. 16 & 18) and Motion to Strike Portions of Plaintiff's Complaint (Dkt No. 19) (collectively, the "Motions") in order to allow Plaintiff to consider and address the arguments raised in the Motions. The parties further stipulate that the Defendants may have until August 1, 2022 to file their replies in support of the Motions. Pursuant to Eastern District Local Rule 144 this stipulation requests court approval for the extension of time to respond. This is Plaintiff's first request for an extension of time to respond to the Motions.

**IT IS SO STIPULATED.**

Dated: May 23, 2022                    By: /s/ *Harrison J. Frahn*
                                                       Harrison J. Frahn IV
                                                       SIMPSON THACHER & BARTLETT LLP
                                                       2475 Hanover Street
                                                       Palo Alto, California 94304

                                                       *Attorneys for Plaintiff Jeremy Phillip Puckett*

Dated: May 23, 2022                              By:  /s/ John R. Whitefleet (auth'd on 5/20/22)
                                                 John R. Whitefleet
                                                 PORTER SCOTT
                                                 A PROFESSIONAL CORPORATION
                                                 350 University Ave., Suite 200
                                                 Sacramento, California 95825

                                                 *Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S OFFICE, SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, MARJORIE DURENBERGER, MARCI MINTER, LORI GREGERSEN, WILLARD BAYLES, ROBERT BELL, and KAY MAULSBY*

Dated: May 23, 2022                              By:  /s/ Pamela B. Shafer (auth'd on 5/21/22)
                                                 Pamela Shafer
                                                 RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS
                                                 2030 Franklin Street, Sixth Floor
                                                 Oakland, CA 94612
                                                 *Attorneys for Defendant DONALD HENRIKSON*

## ORDER

**IT IS SO ORDERED:**

1. Plaintiff is granted an extension of time until July 22, 2022, to file his oppositions to Defendants' Motions to Dismiss (Dkt. Nos. 16 & 18) and Motion to Strike Portions of Plaintiff's Complaint (Dkt No. 19); and

2. Defendants have until August 1, 2022, to file their replies in support of the motions.

DATED: May 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE