SIMPSON THACHER & BARTLETT LLP
HARRISON J. FRAHN IV (SBN 206822)
JACQUES J. LAMOTHE (SBN 321560)
RYAN SNYDER (SBN 334846)
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
hfrahn@stblaw.com
jordan.lamothe@stblaw.com
ryan.snyder@stblaw.com

NORTHERN CALIFORNIA
INNOCENCE PROJECT
KARYN SINUNU-TOWERY (SBN 121068)
500 El Camino Real
Charney Hall, Suite 108
Santa Clara, California 95053
Telephone: (408) 554-4790
Facsimile: (408) 554-5440
ksinunutowery@scu.edu

*Attorneys for Plaintiff Jeremy Phillip Puckett*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S OFFICE, SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, MARJORIE DURENBERGER, MARCI MINTER, LORI GREGERSEN, WILLARD BAYLES, ROBERT BELL, KAY MAULSBY, DONALD HENRIKSON, AND DOES 1 through 50,<br><br>Defendants. | Case No.: 2:22-00350-KJM-DB<br><br>**STIPULATION TO REQUEST FOR CONTINUANCE OF MOTION HEARINGS AND INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Action Filed: February 22, 2022<br>Trial Date: To be determined |

Plaintiff JEREMY PUCKETT and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S OFFICE, SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, MARJORIE DURENBERGER, MARCI MINTER, LORI GREGERSEN, WILLARD BAYLES, ROBERT BELL, KAY MAULSBY and DONALD

HENRIKSON (collectively "Defendants") hereby stipulate to and request a continuance of the August 19, 2022 Initial Scheduling Conference, August 19, 2022 hearings on Defendants' Motions to Dismiss (Dkt Nos. 16 & 18), and August 19, 2022 hearing on Defendant Henrikson's Motion to Strike Portions of Plaintiff's Complaint (Dkt No. 19) until October 21, 2022, in order to enable Plaintiff's lead trial counsel to attend the conference and hearings.  October 21, 2022 is the Court's next available civil law and motion hearing date for which all parties' counsel are available. Notwithstanding this stipulation and request, the parties have complied with the existing deadlines for conferring over preparation of a joint status report as required by Federal Rule of Civil Procedure 26, Local Rule 240(b), and this Court's Order Setting Status (Pretrial Scheduling) Conference.

Pursuant to this Court's Order Setting Status (Pretrial Scheduling) Conference and Local Rule 230(f), this stipulation requests court approval of the parties' request for continuance of the above-referenced proceedings.

**IT IS SO STIPULATED.**

Dated:  August 3, 2022                    By:  /s/ *Harrison J. Frahn*
                                               Harrison J. Frahn IV
                                               SIMPSON THACHER & BARTLETT LLP
                                               2475 Hanover Street
                                               Palo Alto, California 94304

                                               *Attorneys for Plaintiff Jeremy Phillip Puckett*

Dated:  August 3, 2022                    By:  /s/ *John R. Whitefleet* (auth'd on 8/3/2022)
                                               John R. Whitefleet
                                               PORTER SCOTT
                                               A PROFESSIONAL CORPORATION
                                               350 University Ave., Suite 200
                                               Sacramento, California 95825

                                               *Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S OFFICE, SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, MARJORIE DURENBERGER, MARCI MINTER, LORI GREGERSEN, WILLARD BAYLES, ROBERT BELL, and KAY MAULSBY*

| | |
|---|---|
| Dated:  August 3, 2022 | By:  /s/ *Pamela Shafer* (auth'd on 8/3/22)<br>David T. Shuey<br>Pamela Shafer<br>RANKIN, SHUEY, RANUCCI, MINTZ,<br>LAMPASONA & REYNOLDS<br>2030 Franklin Street, Sixth Floor<br>Oakland, CA 94612<br>*Attorneys for Defendant DONALD HENRIKSON* |

### ORDER

The foregoing continuances of the Initial Scheduling Conference and hearings on Defendants' Motions to Dismiss and Motion to Strike to November 4, 2022[1] is hereby approved by the Court.

**IT IS SO ORDERED.**

DATED:   August 10, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties' request for October 21, 2022, is not a viable Civil Law and Motion date for Judge Mueller.