UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT, | No. 2:22-cv-0350 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Noticed for hearing before the undersigned on January 12, 2024, pursuant to Local Rule 302(c)(1) is plaintiff's motion to compel production of documents, filed on December 8, 2023. (ECF No. 56.) Noticed for hearing on January 19, 2024, is plaintiff's motion to compel depositions. (ECF No. 57.)

On January 5, 2024, the parties filed a stipulation and proposed order. (ECF No. 61.) The stipulation explains that both counsel are now unavailable for the January 12, 2024 hearing, and counsel for "Entity Defendants" is unavailable for the hearing on January 19, 2024. (ECF No. 61 at 2.) The parties, therefore, request that the respective hearings be continued to January 19 and February 2, 2024. (Id. at 4.) That request will be granted.

However, the parties' stipulation also states that "Counsel for Entity Defendants shall appear remotely at the hearing on the Second Motion." (Id. at 2.) Hearings before the

1

undersigned are now conducted in person, absent extenuating circumstances. The parties' stipulation makes no showing of extenuating circumstances that would justify counsel's remote appearance. That request, therefore, will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' January 5, 2024 stipulation (ECF No. 61) is granted in part and denied in part;

2. The January 12, 2024 hearing of plaintiff's motion to compel (ECF No. 56) is continued to **January 26, 2024**;

3. The January 19, 2024 hearing of plaintiff's motion to compel (ECF No. 57) is continued to **February 2, 2024**;

4. After the date of this order the parties shall engage in further meet and confer and file Joint Statements with respect to each motion that comply with the Local Rules and the undersigned's Standard Information[1]; and

5. Counsel for defendants' request to appear remotely at the February 2, 2024 hearing is denied.

Dated: January 9, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/puckett0350.mtc.stip.cont.ord

---

[1] On December 29, 2023, the parties filed a Joint Statement in connection with the motion to compel set for hearing on January 12, 2024. Given the continuation of that hearing to January 26, 2024, the parties will be ordered to further meet and confer and file a Joint Statement reflecting the current state of the parties' dispute.

2