UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT, | No. 2:22-cv-0350 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On December 8, 2023, plaintiff filed a motion to compel and noticed the motion for hearing before the undersigned on January 5, 2024, pursuant to Local Rule 302(c)(1). (ECF No. 56.) On January 10, 2024, the hearing was continued to January 26, 2024, pursuant to the parties' stipulation. (ECF No. 61.) On January 12, 2024, the parties filed a Joint Statement re Discovery Dispute pursuant to Local Rule 251. (ECF No. 64.) On January 19, 2024, the hearing of plaintiff's motion was continued to March 1, 2024, due to the court's unavailability. (ECF No. 66.)

Since the filing of the Joint Statement considerable time has passed. And this matter has had several hearings and orders issued since then. Prior to hearing plaintiff's motion the undersigned would like to ensure the briefing reflects the current status of the parties' dispute.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 1, 2024 hearing of plaintiff's motion to compel (ECF No. 56) is continued to **March 29, 2024 at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned; and

2. On or before **March 22, 2024**, the parties shall file either a withdrawal of the motion to compel or an updated Joint Statement re Discovery Disagreement.

DATED: February 27, 2024

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/puckett0350.mtc.cont.ord

2