UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT, | No. 2:22-cv-0350 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

    This matter has been before the undersigned several times pursuant to Local Rule 302(c)(1) for the hearing of motions to compel brought by plaintiff. (ECF No. 67.) Having heard those motions, and granted those motions, the undersigned is now considering the imposition of monetary sanctions against the defendants. (ECF No. 91.)

    Plaintiff has another motion to compel set for hearing before the undersigned on March 29, 2024. (ECF No. 96). And on March 1, 2024, plaintiff filed yet another motion to compel which is noticed for hearing before the undersigned on April 5, 2024. (ECF No. 97.) Because the issue of monetary sanctions may also be at issue in resolving plaintiff's pending motions to compel, the undersigned will order the parties to brief the issue so as not to further delay the resolution of any award of monetary sanctions.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days of the date of this order plaintiff shall file briefing addressing the issue of awarding plaintiff reasonable fees and costs associated with bringing the pending motions to compel (ECF Nos. 87 & 97);

2. Defendants may file an opposition, or statement of non-opposition, within seven days of the filing of plaintiff's brief; and

3. Plaintiff's may file a reply brief within seven days thereafter.

Dated:  March 5, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/puckett0350.briefing.ord

2