UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT, | No.  2:22-cv-0350 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On December 8, 2023, plaintiff filed a motion to compel which is noticed for hearing before the undersigned on March 29, 2024, pursuant to Local Rule 302(c)(1).  (ECF Nos. 56 & 96.)  On March 22, 2024, the parties filed a Joint Statement re Discovery Dispute pursuant to Local Rule 251.  (ECF No. 128.)  According to plaintiff "at 7:08 p.m. the evening before [the] Joint Statement was due" defendants provided "'amended' responses, as well as a limited production of documents[.]"  (Id. at 3.)  Defendants assert this production "now moots this motion."  (Id. at 5.)  Plaintiff, however, explains that is not accurate.  (Id. at 3.)

Given the timing of defendants' production, the undersigned will continue the hearing of plaintiff's motion and order further meet and confer and updated briefing so that the undersigned can fully and accurately evaluate the parties' discovery dispute, if any.  Moreover, it appears the fact discovery deadline in this action is currently June 7, 2024.  Given the volume of unresolved

1

discovery disputes and the pace at which discovery has progressed the undersigned is concerned that this date may need to be extended. (ECF No. 55.) Pursuant to the assigned District Judge's Standing Scheduling Order the undersigned may extend the time provided for fact discovery. (ECF No. 33 at 8.) Accordingly, the parties will be provided one additional page each beyond the undersigned's 25-page limit for Joint Statements to address whether they seek an extension of the deadline for fact discovery.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 29, 2024 hearing of plaintiff's motion to compel (ECF No. 56) is continued to **May 3, 2024 at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. The parties shall meet and confer in compliance with the Local Rules and the undersigned's Standard Information with respect to defendants' amended production; and

3. On or before **April 26, 2024**, the parties shall file either a withdrawal of the motion to compel or an updated Joint Statement re Discovery Disagreement[1].

Dated: March 26, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/puckett0350.mtc.cont3.ord

---

[1] This Joint Statement may be 27 pages in length to allow each side 1 page to address the issue of extending the fact discovery deadline.

2