UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Phillip Puckett, | No. 2:22-cv-00350-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| County of Sacramento, et al., | |
| Defendants. | |

      Plaintiff Jeremy Puckett applies ex parte for an extension of the discovery and other pretrial deadlines. *See generally* Ex Parte App., ECF No. 203.  No party has filed an opposition within the deadline set by this court's standing order.  The ex parte application is granted.  Plaintiff has demonstrated good cause to modify the scheduling order based on his diligence and the extent of the parties' discovery disputes.  *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608–09 (9th Cir. 1992) (discussing "good cause" standard); *Landes v. Skil Power Tools*, No. 12-01252, 2013 WL 6859837, at *3 (E.D. Cal. Dec. 30, 2013) ("Good cause is likely to be found when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party." (citations, alterations and quotation marks omitted)).

1

The court therefore modifies the pretrial scheduling order as follows:

- The deadline for fact discovery deadline is extended to **November 1, 2024**.
- The deadline for initial expert disclosures is extended to **January 10, 2025**.
- The deadline for rebuttal expert disclosures is extended to **February 14, 2025**.
- The deadline to complete all expert discovery is extended to **March 14, 2025**.
- The deadline to file any dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, is extended to **June 27, 2025**, with a hearing noticed on the first available civil law and motion calendar date.

This order resolves ECF No. 203.

IT IS SO ORDERED.

DATED: July 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE