UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeremy Phillip Puckett, | No. 2:22-cv-00350-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| County of Sacramento, et al., | |
| Defendants. | |

On October 9, 2024, the court ordered John Whitefleet, attorney for defendants, and his firm Porter Scott to show cause why he and his firm should not be relieved as counsel in this action or, in the alternative, why this court should not require defendants to associate additional counsel affiliated with a different firm. *See* OSC (Oct. 9, 2024) at 2, ECF No. 258. Mr. Whitefleet then voluntarily withdrew from this action. *See* Notice of Withdrawal, ECF No. 261. Defendants request that Carl L. Fessenden and Cruz Rocha, who both are associated with Porter Scott, the same firm as Mr. Whitefleet, to remain as counsel and do not wish to associate additional counsel affiliated with a different firm. *See* Response to OSC, ECF No. 262. Fessenden and Rocha assure the court they will "faithfully adhere to Local Rule 180(e) and will follow this Court's rules, procedures, and orders, and will meet and confer with counsel for Plaintiffs where necessary in a timely fashion." *Id.* at 3. Plaintiff Jeremy Puckett believes "[r]emoving Defendants' counsel would delay this matter more, and adding in a completely new

1

firm would likely have the same effect." Reply to Response to OSC, ECF No. 265.

The court will grant the request of Mr. Rocha and Mr. Fessenden to remain as counsel for defendants and will not require defendants to associate additional counsel affiliated with another firm on this matter. The court expects defendants' counsel from this point forward to adhere faithfully to Local Rule 180(e) and devote the time and attention necessary to litigating this matter in a professional manner.

IT IS HEREBY ORDERED that:

1. Carl L. Fessenden and Cruz Rocha will remain as counsel for defendants;
2. Defendants will not be required to associate additional counsel affiliated with a different firm; and
3. The order to Show Cause at ECF No 258 is discharged.

IT IS SO ORDERED.

DATED: October 23, 2024.

UNITED STATES DISTRICT JUDGE