DAVID T. SHUEY, ESQ. (Bar No. 162087)
Email: shuey@rankinlaw.com
LAUREN E. TELFER, ESQ. (Bar No. 340906)
Email: telfer@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 City Center
475 14th Street, Suite 650
Oakland, CA 94612
Telephone Number: (510) 433-2600
Facsimile Numbers: (510) 452-3006 and (510) 433-2699

*Attorney for Defendant Donald Henrikson, M.D.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00350-KJM-CKD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE SCHEDULING** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Jeremy Puckett and Defendants County of Sacramento, Sacramento County District Attorney's Office, Sacramento County Sheriff's Office, Marci Minter, Lori Gregersen, Willard Bayles, Robert Bell, Kay Maulsby and Dr. Donald Henrikson (collectively "the Parties"), by and through their respective undersigned counsel, jointly stipulate and agree as follows:

1. On May 6, 2025, the Parties met with Magistrate Judge Carolyn K. Delaney. The Parties agreed to set a Mandatory Settlement Conference, and Judge Delaney ordered the parties to meet and confer on a Settlement Conference Judge, date and time.

2. The Parties have conferred and agreed that Magistrate Judge Jeremy D. Peterson will conduct the Mandatory Settlement Conference.

///

1

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE SCHEDULING**

3. The Parties and Judge Peterson conferred and determined the best date for Judge Peterson and the parties was August 6, 2025. However, Dr. Henrikson's insurance representative is unable to travel to Sacramento on that date. Additionally, Dr. Henrikson has difficulty travelling and using Zoom due to his age, mobility, technological situation and location. As such, the Parties and Judge Peterson have agreed that Dr. Henrikson's insurance representative may appear via Zoom or telephone, and Dr. Henrikson may appear via telephone.

4. Accordingly, the Parties hereby stipulate and agree, subject to the Court's Order, that the Settlement Conference be scheduled as follows:

    A. Judge Peterson will conduct a Settlement Conference with the Parties on August 6, 2025 at 10:00 a.m. at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Courtroom 9, 13th Floor.

    B. Dr. Donald Henrikson's insurance representative may appear in the Settlement Conference via Zoom or telephone.

    C. Dr. Donald Henrikson may appear in the Settlement Conference via telephone.

Dated: May 16, 2025.

By: /s/ Stephen P. Blake
STEPHEN P. BLAKE (SBN 260069)

SIMPSON THACHER & BARTLETT LLP
HARRISON J. FRAHN IV (SBN 206822)
RACHEL JUNE-GRABER (SBN 37148)
CHELSEA WEIN (SBN 353557)
ALISON DRAIKIWICZ (pro hac vice)
SAMANTHA JUMPER (SBN 357524)

*Attorneys for Plaintiff Jeremy Phillip Puckett*

Dated: May 16, 2025.

By: /s/Karyn Sinunu-Towery
KARYN SINUNU-TOWERY (SBN 121068)

NORTHERN CALIFORNIA
INNOCENCE PROJECT

*Attorneys for Plaintiff Jeremy Phillip Puckett*

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT CONFERENCE SCHEDULING**

Dated:  May 16, 2025

By: /s/Carl L. Fessenden
CARL L. FESSENDEN (SBN 161494)

PORTER SCOTT
CRUZ ROCHA (SBN 279293)

*Attorneys for Defendants County of Sacramento, Sacramento County Sheriff's Office, Sacramento County District Attorney's Office, Marci Minter, Lori Gregersen, Willard Bayles, Robert Bell, and Kay Maulsby*

Dated:  May 16, 2025

By: */s/ David Shuey*
DAVID T. SHUEY

RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER
LAUREN E. TELFER

*Attorneys for Defendant Donald Henrikson, M.D.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PHILLIP PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00350-KJM-CKD<br><br>[~~PROPOSED~~] **ORDER REGARDING SETTLEMENT CONFERENCE SCHEDULING** |

The Court has reviewed the Parties' Joint Stipulation Regarding Settlement Conference Scheduling. IT IS HEREBY ORDERED as follows:

    A. Judge Peterson will conduct a Settlement Conference with the Parties on August 6, 2025 at 10:00 a.m. at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Courtroom 9, 13th Floor.

    B. Dr. Donald Henrikson's insurance representative may appear in the Settlement Conference via Zoom or telephone.

    C. Dr. Donald Henrikson may appear in the Settlement Conference via telephone.

**IT IS SO ORDERED.**

DATED: May 21, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE