

# United States District Court
# Eastern District of California

| Jeremy Phillip Puckett |
|---|

Plaintiff(s)

Case Number: | 2:22-cv-00350 |

V.

| County of Sacramento, et. al. |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Sophia Dillon-Davidson _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Jeremy Phillip Puckett _____

On _____03/24/2025_____ (date), I was admitted to practice and presently in good standing in the

_____District of Columbia Court of Appeals_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____05/27/2025_____    Signature of Applicant: /s/ ___Sophia Dillon-Davidson___

**Pro Hac Vice Attorney**

Applicant's Name: Sophia Dillon-Davidson

Law Firm Name: Simpson Thacher & Bartlett LLP

Address: 900 G St NW

City: Washington          State: DC    Zip: 20002

Phone Number w/Area Code: (202) 636-5842

City and State of Residence: Washington, DC

Primary E-mail Address: sophia.dillon-davidson@stblaw.com

Secondary E-mail Address: sophiadd12@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Stephen Blake

Law Firm Name: Simpson Thacher & Bartlett LLP

Address: 2475 Hanover Street

City: Palo Alto          State: CA    Zip: 94304

Phone Number w/Area Code: (650) 251-5153          Bar # 260069

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 2, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Sophia Dillon Davidson

was duly qualified and admitted on March 24, 2025 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on May 27, 2025.*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Sophia Dillon Davidson

*was duly qualified and admitted on March 24, 2025 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on May 27, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*