

# United States District Court
# Eastern District of California

| | |
|---|---|
| Jeremy Phillip Puckett | Case Number: 2:22-cv-00350 |
| Plaintiff(s) | |
| V. | |
| County of Sacramento, et. al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Sarah A. Heintz** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Jeremy Phillip Puckett**

On **04/23/2025** (date), I was admitted to practice and presently in good standing in the **State of New York, Appellate Division 2d Dept** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **05/19/2025**     Signature of Applicant: /s/ **Sarah A. Heintz**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sarah A. Heintz |
| Law Firm Name: | Simpson Thacher & Bartlett LLP |
| Address: | 425 Lexington Ave |
| City: | New York |
| State: | NY |
| Zip: | 10017 |
| Phone Number w/Area Code: | (212) 455-2000 |
| City and State of Residence: | Queens, New York |
| Primary E-mail Address: | sarah.heintz@stblaw.com |
| Secondary E-mail Address: | sheintz832@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Stephen Blake |
| Law Firm Name: | Simpson Thacher & Bartlett LLP |
| Address: | 2475 Hanover Street |
| City: | Palo Alto |
| State: | CA |
| Zip: | 94304 |
| Phone Number w/Area Code: | (650) 251-5153 |
| Bar #: | 260069 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 2, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Sarah Anita Heintz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 23, 2025**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 25, 2025.

Clerk of the Court

CertID-00227946

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024